UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2437 (CAS) (AJWx) | Date | October 10, 2012 |
|---|---|---|---|
| Title | SHEILA FERNANDEZ V. NORTHWESTERN ENGINEERING COMPANY, ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** ORDER DENYING REQUEST RE: SUPPLEMENTATION OF COUNTER CLAIM FILED BY COUNTERCLAIMANT HILLS PRODUCTS GROUP (Docket #33, filed October 9, 2012)

On October 9, 2012, the parties submitted a stipulation requesting leave allowing defendants to file and serve a supplemental counterclaim against plaintiff asserting a claim for unlawful detainer. The request is hereby DENIED. An action for unlawful detainer must be brought in Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |