FREUND & BRACKEY LLP
Jonathan D. Freund (SBN 157357)
   *jfreund@freundandbrackey.com*
Stephen P. Crump (SBN 251712)
   *scrump@freundandbrackey.com*
427 North Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Defendants and Counterclaimants,
   NORTHWESTERN ENGINEERING COMPANY, erroneously named as NORTHWESTERN ENGINEERING COMPANY, INC., and
   HILLS PRODUCTS GROUP, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SHEILA FERNANDES,<br><br>   Plaintiff,<br><br>   v.<br><br>NORTHWESTERN ENGINEERING COMPANY, INC.; HILLS PRODUCTS, INC.; and DOES 1 through 30,<br><br>   Defendants. | Case No. CV12-2437-CAS (AJWx)<br><br>**STIPULATED JUDGMENT** |
| NORTHWESTERN ENGINEERING COMPANY; HILLS PRODUCTS GROUP, INC.,<br><br>   Counterclaimants and Third-Party Plaintiffs,<br><br>   v.<br><br>SHEILA FERNANDES; JERRY PICKETT; and ROES 1 through 10, inclusive,<br><br>   Counterdefendant and Third-Party Defendants | |
| *AND RELATED CROSS-CLAIM* | |

///

Pursuant to the Settlement Agreement and Stipulation for Judgment by and between Plaintiff and Counterdefendant SHEILA FERNANDES ("Fernandes") on the one hand, and Defendants and Counterclaimants NORTHWESTERN ENGINEERING COMPANY and HILLS PRODUCTS GROUP, INC. (collectively, "Northwestern") on the other hand, IT IS HEREBY ADJUDGED, ORDERED, and DECREED as follows:

1. That Northwestern shall have judgment in its favor on Fernandes' Complaint in the sum of $129,473.47 representing holdover damages; and

2. That this Court shall retain continuing jurisdiction over the parties to enforce the terms and conditions of the Settlement Agreement between Northwestern and Fernandes until performance in full of its terms.

Dated: April 22, 2013

*Christina A. Snyder*
Hon. Christina Snyder
U.S. District Court Judge

cc: Fiscal Section

*Freund & Brackey LLP*
*427 North Camden Drive*
*Beverly Hills, CA 90210*

2
STIPULATED JUDGMENT